No. 79–6569. CAREAGA *v.* JAMES, JUDGE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–6571. MUHAMMAD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6573. BOAG *v.* CARDWELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 79–6575. ROBINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6577. AUZENNE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 79–6578. FARMER *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 79–6579. MATTHEWS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–6582. GABALDON *v.* ROMERO, WARDEN, ET AL.; and CORDOVA ET AL. *v.* ROMERO, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 79–6586. DANIELS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 79–6589. KING *v.* MORLEY, JUDGE. Sup. Ct. Ohio. Certiorari denied.

No. 79–6590. AMAR *v.* CALIFORNIA; and
No. 79–6591. AMAR *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 79–6593. HARMAN *v.* WARE, SHERIFF. C. A. 4th Cir. Certiorari denied.

No. 79–6595. WARD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.